AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 22, 2022

SEAN F. McAVOY, CLERK

DUSTIN B.,

|                        |     |
|------------------------|-----|
| *Plaintiff*            | )   |
| v.                     | )   |
| KILOLO KIJAKAZI,       | )   |
| Acting Commissioner of Social Security, | ) |
| *Defendant*            | )   |

Civil Action No.   4:21-cv-5126-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 12, is GRANTED.
The Commissioner's Motion for Summary Judgment, ECF No. 17, is DENIED.
JUDGMENT is entered in favor of the Plaintiff; the matter is REVERSED and REMANDED to the Commissioner of
Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), per Court Order, ECF No. 19.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   EDWARD F SHEA _____ on cross-motions for
summary judgment.

Date:   7/22/2022 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Courtney Piazza _____
*(By) Deputy Clerk*

Courtney Piazza _____